ERIC B. KINGLSEY (SBN 185123)
eric@kingsleykingsley.com
KELSEY M. SZAMET (SBN 260264)
kelsey@kingsleykingsley.com
**KINGSLEY & KINGSLEY, APC**
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Tel: (818) 990-8300; Fax: (818) 990-2903

Attorneys for Plaintiff MARIA GLORIA F GUINTO and the Proposed Class

GRACE Y. HOROUPIAN, SBN 180337
Email: ghoroupian@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

GREGORY L. BLUEFORD, SBN 302628
Email: gblueford@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendant
C&K MARKET, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| MARIA GLORIA F GUINTO, an individual on behalf of herself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>C & K MARKET, INC.; and DOES 1 thru 50, inclusive,<br><br>Defendants. | Case No: 2:21-cv-01925-TLN-DMC<br><br>[Removed from State Court, Case No. SCCV-CVCV-2021-0964]<br><br>**ORDER TO CONTINUE STAY PENDING MEDIATOR'S PROPOSAL**<br><br>Complaint Filed:  September 1, 2021 |

The Court, having read and considered the foregoing stipulation of the Parties in the above-entitled case, and good cause appearing, hereby makes the following orders:

1. The Parties will notify the Court on or before September 29, 2022 mediation to update the Court on the outcome of the mediation.
2. Should the matter not settle, the Parties will file a Joint Status Report within thirty (30) days after September 29, 2022, after which time the Court will set a new hearing date and opposition deadline for Plaintiff's Motion to Remand and amend the pretrial schedule.

**IT IS SO ORDERED.**

DATED: September 26, 2022

Troy L. Nunley
United States District Judge