ERIC B. KINGLSEY (SBN 185123)
eric@kingsleykingsley.com
KELSEY M. SZAMET (SBN 260264)
kelsey@kingsleykingsley.com
**KINGSLEY & KINGSLEY, APC**
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Tel: (818) 990-8300; Fax: (818) 990-2903

Attorneys for Plaintiff MARIA GLORIA F GUINTO and the Proposed Class

GRACE Y. HOROUPIAN, SBN 180337
Email: ghoroupian@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

GREGORY L. BLUEFORD, SBN 302628
Email: gblueford@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendant
C&K MARKET, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| MARIA GLORIA F GUINTO, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>C & K MARKET, INC.; and DOES 1 thru 50, inclusive,<br><br>Defendants. | Case No: 2:21-cv-01925-TLN-DMC<br><br>[Removed from State Court, Case No. SCCV-CVCV-2021-0964]<br><br>**ORDER CONTINUING STAY OF CASE DEADLINES IN LIGHT OF PENDING SETTLEMENT**<br><br>Complaint Filed:   September 1, 2021 |

The Court, having read and considered the foregoing Joint Status Report Re: Mediation in the above-entitled case, and good cause appearing, hereby makes the following orders:

1. All court deadlines, including the opposition deadline for Plaintiff's Motion to Remand, remain stayed; and

2. The Parties shall submit a Stipulation to Remand or similar notice to this Court within (5) days of obtaining a fully executed long-form settlement agreement, and will otherwise update the Court as requested.

**IT IS SO ORDERED.**

DATED: October 3, 2022

Troy L. Nunley
United States District Judge