ERIC B. KINGLSEY (SBN 185123)
eric@kingsleykingsley.com
KELSEY M. SZAMET (SBN 260264)
kelsey@kingsleykingsley.com
**KINGSLEY & KINGSLEY, APC**
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Tel: (818) 990-8300; Fax: (818) 990-2903

Attorneys for Plaintiff MARIA GLORIA F GUINTO and the Proposed Class

GRACE Y. HOROUPIAN, SBN 180337
Email: ghoroupian@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

GREGORY L. BLUEFORD, SBN 302628
Email: gblueford@fisherphillips.com
**FISHER & PHILLIPS LLP**
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendant
C&K MARKET, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| MARIA GLORIA F GUINTO, an individual, on behalf of herself, and others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>C&K MARKET, INC.; and DOES 1 thru 50, inclusive,<br><br>DEFENDANTS. | Case No. 2:21-cv-01925-TLN-DMC<br><br>**ORDER REMANDING REMOVED ACTION**<br><br>Complaint filed:  September 1, 2021<br>Trial Date:          None Set |

# ORDER

The Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. Eastern District of California Case 2:21-cv-01925-TLN-DMC, entitled *Maria Gloria F Guinto v. C & K Market, Inc.*, is hereby remanded back to Siskiyou County Superior Court;
3. All pending law and motion and case management dates and deadlines are vacated.

**IT IS SO ORDERED.**

DATED: February 8, 2023

Troy L. Nunley
United States District Judge